UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.       Civ (Judge's Last Name/Magistrate's Last Name)

Gloria Fuentes De Rivas

   Plaintiff,

VS.

United States of America and

The United States Army


   Defendant,

_____/

## COMPLAINT

 COMES NOW, the Plaintiff, Gloria Fuentes Rivas, and sues the Defendant, United States of America and United States Army and alleges.

 1) That this is an action for Damages pursuant to the Federal Tort Claims Act (FTCA)

Title 28 of the United States Codes, Sections 2671-2680.

2.  That on Above October 26,2017 the Defendant United States of America acted that the branch

Of the military of the United States of America- The United States Army.

3. That October 26, 2017 a member of the United States Army operated a motor vehicle on N.W. 79 Ave and N.W. 43 St in the City of Doral, County of Miami Dade State of Florida with the permission and consent of the United States Army in the course of his employment that the Defendant's driver operated said vehicle in a careless and negligent manner so as to cause an accident between the two vehicles.

4. That the Plaintiff has complied with all condition precedent to file this claim and I attach Form 95 and the government response.

5. That as a direct result of the Defendant's negligence the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life. Medical expenses. The losses are either permanent or continuing and Plaintiff will suffer the losses in the intort.

   WHEREFORE, Plaintiff demands judgment for damages against the Defendant, plus trial by jury and all matters triable as a matter of right by jury.

   /s/Michael P. Weisberg
   FL Bar No. 106375

  1300 Coral Way, Suite 300

  Miami, Florida 33145

  Tel: (305) 854-0996

  Fax: (305) 403-0440

  Weisbergandweisberglaw@gmail.com

**WHEREFORE,** Plaintiff demands judgement for damages against the Defendant, plus Court cost and further demands trial by jury and all matters triable as a matter of right of jury.

**DATED:** September 2, 2020

Respectfully submitted,    _____

**MICHAEL WEISBERG, ESQ.**

   FL Bar No. 106375

Co-counsel for Plaintiff

1300 Coral Way, Suite 300

Miami, Florida, 33145

Tel. No (305)854-0996

Fax No. (305) 403-0440

 E-Mail:weisbergandweisberglaw@gmail.com

### Certificate of Service

 **I hereby certify** that a true and correct copy of the foregoing was served by email on September 2, 2020 on all counsel or parties of record on the Service List below.

/s/Michael P. Weisberg

Signature of Filer